IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. MCCALL,

    Plaintiff,

vs.                                                         No. 1:21-cv-00715-DHU-LF

WAGNER EQUIPMENT CO.,
*a foreign for-profit corporation,*

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** having come before the Court in a bench trial on May 13, 2024, and the Court having concurrently issued its Findings of Fact and Conclusions of Law with respect to Plaintiff's claims against Defendant;

**IT IS THEREFORE ORDERED AND ADJUDGED** that final judgment is granted in favor of Defendant, and this case is DISMISSED WITH PREJUDICE.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE